UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONSTER ENERGY COMPANY, a
Delaware corporation,

      Plaintiff,

v.

MY ENERGY MONSTER, INC., a
Florida corporation; and JOSHUA LEET,
an individual,

      Defendants.

Case No.  20-cv-01269-MSS-SPF

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff Monster Energy Company ("MEC") and Defendant The Energy Monster, Inc. ("TEM") have agreed to settle and compromise all claims in the above-captioned action.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement between the parties, the parties hereby jointly stipulate to the dismissal with prejudice of all claims in this action.

Each party will bear its own costs and expenses relating to this action (including attorneys' fees, expert fees, and expenses).

Respectfully submitted,

Dated:  September 8, 2022

Steven J. Nataupsky (CA SBN 155,193)
*(appearing specially as counsel of record)*
Trial Counsel
Email:  steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
*(appearing specially as counsel of record)*
Trial Counsel
Email:  lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (CA SBN 222228)
*(appearing specially as counsel of record)*

Trial Counsel
Email:  matt.bellinger@knobbe.com
Jason A. Champion (CA SBN 259207)
*(appearing specially as counsel of record)*
Trial Counsel
Email:  jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

By: */s/ Brian J. Stack*
Brian J. Stack (Fla. Bar No. 476234)
Local Counsel
Email:  bstack@stackfernandez.com
Robert Harris (Fla. Bar No. 817783)
Local Counsel
Email:  rharris@stackfernandez.com
STACK FERNANDEZ & HARRIS, P.A.
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2650
Miami, Florida  33131-4940
Telephone: (305) 371-0001
Facsimile: (305) 371-0002

*Attorneys for Plaintiffs*
*Monster Energy Company*

Dated:  September 8, 2022          By: */s/ Lauren Fenton-Valdivia*
Lauren Fenton-Valdivia, Esq.
Florida Bar No.: 1020702
BRESSLER, AMERY & ROSS, P.C.
200 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 499-7979
Facsimile: (954) 499-7969
Email: lfvaldivia@bressler.com

*Attorneys for Defendants,*
*My Energy Monster, Inc. and Joshua Leet*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed via the Court's CM/ECF system on September 8, 2022 and served on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

Dated:  September 8, 2022                    By: */s/ Brian J. Stack*
                                                 Brian J. Stack